UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GARY LABARBERA, et al.,                              :
                                                     :
               Plaintiffs,           :     **ORDER ADOPTING**
                                                     :     **REPORT AND**
       -against-                           :     **RECOMMENDATION**
                                                     :
EXPO TRUCKING INC.,                                  :     03-CV-4283 (DLI) (WDW)
                                                     :
               Defendant.            :
-----------------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

      It appearing that no objections have been filed to the Report and Recommendation of the Honorable William D. Wall, U.S.M.J. dated November 30, 2005; and

      Upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

      ORDERED that a default judgment is entered against defendant. It is further

      ORDERED that the inquest to determine damages is referred to Judge Wall.

      ORDERED that service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof to all parties.


DATED:    Brooklyn, New York
              February 28, 2006


                                              _____/s/_____
                                                       DORA L. IRIZARRY
                                                   United States District Judge