**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ SEP 15 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GARY LABARBERA and THEODORE KING, as           JUDGMENT
Trustees and Fiduciaries of the Local 282 Welfare,     03-CV- 4283 (DLI)
Trust Fund, the Local 282 Pension Trust Fund, the
Local 282 Annuity Trust Fund, the Local 282 Job
Training Trust Fund, and the Local 282 Vacation
and Sick Leave Trust Funds,

                 Plaintiffs,

  -against-

EXPO TRUCKING, INC.,

                 Defendant.
------------------------------------------------------------X

       A Memorandum and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on August 29, 2006, modifying and adopting the Report and Recommendation of Magistrate Judge William D. Wall, dated June 27, 2006; and directing the Clerk of Court to enter judgment awarding plaintiffs $18,402.67 in delinquent contributions, interest at a rate of sixteen percent through April 30, 2006 on the three audit amounts, totaling $21,636.23, attorney's fees and costs of $9,554.75, and auditor's fees of $3,810.00; it is

JUDGMENT
03-CV- 4283 (DLI)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge William D. Wall is modified and adopted; and that judgment is hereby entered in favor of plaintiffs, Gary LaBarbera and Theodore King, as Trustees and Fiduciaries of the Local 282 Welfare Trust Fund, the Local 282 Pension Trust Fund, the Local 282 Annuity Trust Fund, the Local 282 Job Training Trust Fund, and the Local 282 Vacation and Sick Leave Trust Funds, awarding plaintiffs $18,402.67 in delinquent contributions, interest at a rate of sixteen percent through April 30, 2006 on the three audit amounts, totaling $21,636.23, attorney's fees and costs of $9,554.75, and auditor's fees of $3,810.00.

Dated: Brooklyn, New York
August 30, 2006

ROBERT C. HEINEMANN
Clerk of Court